UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GRETEL LADRON DE GUEVARA ALTARRIBA,<br>*Petitioner*<br><br>v.<br><br>SEC. OF DHS KRISTI NOEM, ACTING DIRECTOR TODD M. LYONS, MIGUEL VERGARA, RAYMOND E. THOMPSON, DIRECTOR DAREN K. MARGOLIN,<br>*Respondents* | Case No. SA-26-CA-00038-XR |

## SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Gretel Ladron de Guevara Altarriba (A#246-001-928), who is currently detained in the Karnes County Immigrant Processing Center in Karnes City, Texas, located in the Western District of Texas. ECF No. 1 at 1.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Kristi Lynn Noem, Secretary of Homeland Security;

2. Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement;

3. Daren K. Margolin, Director of the Executive Office for Immigration Review; and

4. Miguel Vergara, Director of the San Antonio Field Office of U.S. Immigration and Customs Enforcement.

1

*See* FED. R. CIV. P. 4(i). Service should be directed to

> Stephanie Rico
> Civil Process Clerk
> U.S. Attorney's Office for the Western District of Texas,
> 601 N.W. Loop 410, Suite 600
> San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, Karnes County Immigrant Processing Center with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

> Warden
> Karnes County Immigrant Processing Center
> 409 FM 1144
> Karnes City, TX 78118

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service. Because this case appears to turn on whether 8 U.S.C. § 1225 authorizes Petitioner's detention, **Respondents must consider the Court's prior orders addressing this question[1] and note any material factual differences** between those cases and this one. If Respondents so choose, in lieu of a full response, they may instead file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

---

[1] *E.g.*, *Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); *Tinoco Pineda v. Noem*, No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025).

It is so **ORDERED**.

**SIGNED** this 7th day of January, 2026.

                                              XAVIER RODRIGUEZ
                                              UNITED STATES DISTRICT JUDGE